IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VERONICA THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-281-MEF |
| v. | ) | |
| | ) | |
| AVERITT EXPRESS, INC., | ) | (WO- DO NOT PUBLISH) |
| | ) | |
| Defendant. | ) | |

**ORDER**

This cause is before the Court on Plaintiff Veronica Thomas's Motion for Default Judgment against Defendant Averitt Express, Inc. ("Averitt"). (Doc. # 9). Averitt has filed an answer in this case (Doc. # 11), despite the Plaintiff's failure to properly serve it with a copy of the complaint. Accordingly, it is hereby ORDERED that the Plaintiff's Motion for Default Judgment is DENIED.

Done this the 31st day of May, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE